IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00596-WYD-CBS

CRAIG A. PENGUE,

    Plaintiff,

v.

FARRELL & SELDIN, Attorneys at Law; and
JOHN AND JANE DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Motion to Withdraw Complaint [doc. #12, filed October 24, 2008]. Plaintiff wishes to withdraw his Complaint, as he no longer seeks relief from Defendants in this case. The Court construes this motion as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court, having reviewed the motion and being sufficiently advised in the premises, it is hereby

ORDERED that Plaintiff's Motion to Withdraw Complaint [doc. #12, filed October 24, 2008] is **GRANTED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 28, 2008.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT CHIEF JUDGE